UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

THE INDEPENDENCE PROJECT, INC.,
a New Jersey Non Profit Corporation, and
RONALD MOORE, Individually,

        Plaintiffs,

vs.

        Case No. 3:17-cv-00462-MAS-TJB

95 EAST KENNEDY, LLC, a New Jersey Limited
Liability Company,

        Defendant.

                            /

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

**/s/Keith Harris**
Keith Harris, Esq.(KH4604)
Braff, Harris, Sukoneck & Maloof
570 W. Mt. Pleasant Avenue, Suite 200
Livingston, NJ   07039-0657
Telephone: (973) 994-6677
Facsimile:   (973) 994-1296
kharris@bhsm-law.com
and
John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL   33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiff*

**/s/Francine Galante**
Mark Goldstein, Esq..
Francine Galante, Esq.
Goldstein Law Group, LLC
14 Woodward Drive
Old Bridge, NJ   08857
Telephone: (732) 967-6777
Facsimile: (732) 360-9347
markgoldstein@goldsteinlaw.legal
fgalantecarlin@goldsteinlaw.legal
*Attorneys for Defendant*

Date: **February 23, 2018**

Date: **February 23, 2018**